UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OUSMANE H. DIALLO,

            Plaintiff,

        -against-                                **ORDER**
                                                    18-CV-1834 (KNF)

RUAN TRANSPORTATION CORP., et al.,

           Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The time for the parties to submit their joint pretrial order to the Court is enlarged from June 30, 2020, to July 30, 2020.

Dated: New York, New York                 SO ORDERED:
       June 12, 2020

                                                                  */s/ Kevin Nathaniel Fox*
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE