UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OUSMANE H. DIALLO,                                :

                Plaintiff,                 :

      - against -                                        :               ORDER
                                                                            18-CV-1834 (KNF)

RUAN TRANSPORTATION CORPORATION and
ERIC C. RAMIREZ,                                  :

                Defendants.             :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on March 9, 2021, at 12:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                        SO ORDERED:
         February 17, 2021

                                                                *Kevin Nathaniel Fox*
                                                                KEVIN NATHANIEL FOX
                                                                UNITED STATES MAGISTRATE JUDGE