UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OUSMANE H. DIALLO,                                              :

                Plaintiff,                       :

       - against -                                           :        ORDER
                                                                                             18-CV-1834 (KNF)

RUAN TRANSPORTATION CORPORATION and
ERIC C. RAMIREZ,                                              :

                Defendants.                     :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       In the parties' joint pretrial order, the defendants identify several physicians from whom, it appears, the defendants will seek, without objection, to elicit opinion evidence, as contemplated by Rules 702 and 703 of the Federal Rules of Evidence. To enable the Court to perform its gatekeeping obligation, see Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S. Ct. 2786 (1993), and determine, inter alia, whether the prospective physician witnesses should be allowed to give opinion evidence at the trial of this action, on or before August 10, 2021, the defendants shall file evidence, via affidavit(s) or otherwise, and a memorandum of law establishing that the prospective witnesses' respective opinions should be received in evidence at the trial.

Dated:  New York, New York                SO ORDERED:
           July 26, 2021

                                                                _____
                                                                  KEVIN NATHANIEL FOX
                                                                UNITED STATES MAGISTRATE JUDGE