UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OUSMANE H. DIALLO,                                  :
                                                    :
            Plaintiff,                                 :
                                                    :     ORDER
     -against-                                    :
                                                    :     18-CV-1834 (KNF)
                                                    :
RUAN TRANSPORTATION CORPORATION and                 :
ERIC C. RAMIREZ,                                    :
                                                    :
            Defendants.                                :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on September 9, 2021, at 3:15 p.m.  The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                    SO ORDERED:
            September1, 2021

                                                                 _Kevin Nathaniel Fox_____
                                                                 KEVIN NATHANIEL FOX
                                                                 UNITED STATES MAGISTRATE JUDGE