UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OUSMANE H. DIALLO,

        Plaintiff,

    -against-                                **ORDER OF DISMISSAL**
                                                      18-CV-1834 (KNF)

RUAN TRANSPORTATION CORPORATION and
ERIC C. RAMIREZ,

        Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      It having been reported to this Court, on the 18th day of October 2021, that the above-captioned action was settled,

      IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, dismissed. However, within thirty (30) days of this Order, any party may apply to the Court by letter for restoration of the action to the calendar of the undersigned, if the terms and conditions under which the parties have agreed to settle their dispute have not been fulfilled. In that event, the action will be restored.

Dated:  New York, New York                        SO ORDERED:
          October 19, 2021

                                                                *Kevin Nathaniel Fox*
                                                                KEVIN NATHANIEL FOX
                                                                UNITED STATES MAGISTRATE JUDGE